UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BUSTER BRYANT,

    Plaintiff,

v.                                      Case No. 5:24cv74-MCR/MJF

AARON A. KIRKLAND, et al.,

    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated April 23, 2025. ECF No. 25. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 25, is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for failure to comply with court orders.

3. The Clerk is directed to close the case.

**DONE AND ORDERED** this 23rd day of July 2025.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**